## Commonwealth *v.* Deem, Appellant.

Submitted February 8, 1976. *Peter T. Campana*, Public Defender, for appellant; *Gregory V. Smith*, Assistant District Attorney, and *Allen E. Ertel*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Duffy, Appellant.

Submitted December 30, 1975. *Andrea Commaker Levin* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *James Thomas Lynn, Deborah E. Glass*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.